**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

RANDON RAINS                                  CIVIL ACTION NO. 26-0092

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

PEAK NDT SOLUTIONS, LLC,                      MAGISTRATE JUDGE WHITEHURST
ET AL.

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Peak NDT Solutions LLC's Motion to Dismiss (Record Document 17) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 13th day of July, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE