**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RANDON RAINS** | **CASE NO. 6:26-0092** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **PEAK NDT SOLUTIONS LLC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation (Record Document 33) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant Derrick Landry's Motion to Dismiss (Record Document 29) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 28th day of September, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE